IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

```
IN RE: KEITH E. & MARILYN GUTIERREZ)
                                   )
                                   )
WELLS FARGO BANK, N.A.,            )
          Creditor,                )
     vs.                           ) CASE NO. 06B72429
                                   ) JUDGE MANUEL BARBOSA
KEITH E. & MARILYN GUTIERREZ,      )
          Debtor                   )
                                   )
```

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtors are currently under the Agreed Repayment and Default Order entered by this court on February 15, 2008. See attached as Exhibit A.

2. The following is an itemization of the amount due on the loan as of May 22, 2008.

   a. Response                                   $250.00

   b. Bankruptcy attorney's Fees                 $500.00

   c. Property Inspections                        $90.00

   d. Suspense (part of repayment order)         $202.62

   e. Late Fees (part of repayment order)         $88.60

   Total                                         $850.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days

of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

                Respectfully Submitted,
                Wells Fargo Bank, N.A.

                /s/Yanick Polycarpe
                Yanick Polycarpe
                ARDC#6237892

                Pierce and Associates, P.C.
                1 North Dearborn Street, Ste. 1300
                Chicago, Illinois 60602
                (312)346-9088